**FILED**

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

EMMANUELLE PADILLA,

        Defendant.

CR NO: 1:23-cr-00002-ADA-BAM

JAN 1 0 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:   Emmanuelle Padilla

Detained at        Fresno County Jail, located at

                1225 M St, Fresno, CA 93721

Detainee is:       a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information ☐ Complaint
                   charging detainee with:   18 U.S.C. § 922(g)(1) – Felon in Possession

      or     b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)   ☒ return to the custody of detaining facility upon termination of proceedings

      or     b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                 is currently being served at the detaining facility

*Appearance is necessary on January 10, 2023 at 2:00 p.m. in the Eastern District of California.*

Signature:               /s/ Arin C. Heinz

Printed Name & Phone No:   Arin C. Heinz (559-497-4080)

Attorney of Record for:      United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on January 10, 2023* for an appearance at *2:00 p.m* and at the conclusion of said hearing to return said detainee to the above-named custodian.

Dated:   1/10/23

Honorable Erica P Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male | ☐Female |
| Booking or CDC #: | | DOB: | |
| | | 07/23/1996 | |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: | Hispanic |
| Facility Phone: | 559-600-8600 | FBI#: | 934577ED7 |
| Currently Incarcerated For: | Felon in Possession | | |

## RETURN OF SERVICE

Executed on: _____          _____

(signature)