PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUELLE PADILLA,<br><br>Defendant. | CASE NO. 1:23-CR-00002-ADA-BAM<br>1:19-CR-00175-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 8, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**BACKGROUND**

This case is set for a status conference on March 8, 2023. This Court should consider the following case-specific facts in finding excludable delay appropriate in this particular case under the ends-of-justice exception, § 3161(h)(7) (Local Code T4). If continued, this Court should designate a new date for the status conference. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on March 8, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until May 10, 2023, and to exclude time between March 8, 2023, and May 10, 2023, under 18 U.S.C. § 3161(h)(7)(A),

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  B(iv) [Local Code T4].

2      3.      The parties agree and stipulate, and request that the Court find the following:

3          a)      Discovery in this case includes police reports, bodycam footage from multiple

4      officers, and photographic evidence. All of this discovery has been either produced directly to

5      counsel and/or made available for inspection and copying.

6          b)      Counsel for defendant desires additional time to consult with his client, review the

7      current charges, review discovery, and to conduct investigation related to the charges.

8          c)      Counsel for defendant believes that failure to grant the above-requested

9      continuance would deny him the reasonable time necessary for effective preparation, taking into

10     account the exercise of due diligence.

11         d)      The government and the defense counsel would like the opportunity to discuss a

12     potential plea to the underlying indictment. Additionally, the parties request to delay resolution

13     of the TSR case until the parties are able to assess whether the charges in the indictment can be

14     resolved through a plea agreement.

15         e)      The government does not object to the continuance.

16         f)      Based on the above-stated findings, the ends of justice served by continuing the

17     case as requested outweigh the interest of the public and the defendant in a trial within the

18     original date prescribed by the Speedy Trial Act.

19         g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

20     et seq., within which trial must commence, the time period of March 8, 2023 to May 10, 2023,

21     inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

22     because it results from a continuance granted by the Court at defendant's request on the basis of

23     the Court's finding that the ends of justice served by taking such action outweigh the best interest

24     of the public and the defendant in a speedy trial.

25     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

26  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

27  must commence.

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    IT IS SO STIPULATED.

2

3    Dated:  February 28, 2023                          PHILLIP A. TALBERT
                                                        United States Attorney

4

5                                                       /s/ ARIN C. HEINZ
                                                        ARIN C. HEINZ
                                                        Assistant United States Attorney
6

7

8    Dated:  February 28, 2023                          /s/ DOUGLAS C. FOSTER
                                                        DOUGLAS C. FOSTER
                                                        Counsel for Defendant
9                                                       EMMANUELLE PADILLA

10

11                                    **ORDER**

12        IT IS SO ORDERED that the status conference is continued from March 8, 2023, to **May 10, 2023**

13   **at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.

14   § 3161(h)(7)(A), B(iv).

15   IT IS SO ORDERED.

16   Dated:   **February 28, 2023**              /s/ Barbara A. McAuliffe

17                                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT