DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
EMMANUELLE PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMMANUELLE PADILLA,<br><br>Defendant. | Case No. 1:19-CR-00175 and 1:23-CR-00002<br><br>STIPULATION AND<br>ORDER TO CONTINUE CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing for defendant's change of plea in the above-captioned matter now set for August 14, 2023, may be continued to September 18, 2023.

Counsel has had difficulty obtaining the client's signature on the change of plea agreement due to Mr. Padilla's housing location and counsel's schedule. The defense asks that time remain excluded until September 18. The parties additionally agree that time should be excluded under 18 U.S.C. § 3161(h)(7)(A) to allow counsel for the defendant additional time to consult with his client and review the current plea. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation and review of the plea agreement. The government does not object to the continuance.

IT IS SO SIPULATED:

                PHILLIP A. TALBERT
                United States Attorney

DATED: 8/8/23                 /s/ Arin Heinz
                ARIN HEINZ
                Assistant United States Attorney
                Attorney for Plaintiff

DATED: 8/8/23                 /s/ Douglas Foster
                DOUGLAS C. FOSTER
                Law Offices of Douglas C. Foster
                Attorney for Defendant
                EMMANUELLE PADILLA

**ORDER**

IT IS SO ORDERED that the change of plea hearing in the above case shall be continued to September 18, 2023 at 9:00 a.m. It is further ordered that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2023 until September 18, 2023 will be deemed excludable because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   August 9, 2023

                                                        UNITED STATES DISTRICT JUDGE