PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00002-ADA-BAM |
| --- | --- |
| Plaintiff, | 1:19-CR-00175-ADA-BAM |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| EMMANUELLE PADILLA, | |
| Defendant. | DATE: November 13, 2023<br>TIME: 8:30 am<br>COURT: Ana de Alba |

### BACKGROUND

There are two cases involving this defendant that arise from the same factual basis. The indictment in this case is set for a change of plea (1:23-CR-0002-ADA-BAM) on November 13, 2023. Disposition on the TSR (1:19-CR-175-ADA-BAM) is scheduled for the same date, on November 13, 2023. The parties request the disposition for 1:19-CR-175 be moved to the same date sentencing occurs for 1:23-CR-0002-ADA-BAM. Thus, the parties request that sentencing for 1:23-CR-0002-ADA-BAM and 1:19-CR-175-ADA-BAM be scheduled on December 18, 2023. The parties further request that time be excluded from September 18, 2023, until November 13, 2023.

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties request the change of plea for 1:23-CR-0002-ADA-BAM remain as

scheduled on November 13, 2023. However, the parties request the TSR disposition for 1:19-CR-175-ADA-BAM move to the same date that sentencing occurs in case 1:23-CR-0002-ADA-BAM, on December 18, 2023. Thus, the parties request that sentencing in 1:23-CR-0002-ADA-BAM and 1:19-CR-175-ADA-BAM be scheduled on December 18, 2023.

    2.     The parties request to exclude time between September 18, 2023, and November 13, 2023 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

    3.     The parties agree and stipulate, and request that the Court find the following:

        a)     Discovery in this case includes police reports, bodycam footage from multiple officers, and photographic evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)     Counsel for defendant desires additional time to consult with his client, review the current charges, review discovery, and to conduct investigation related to the charges. Counsel presented the plea the government offered to his client, and has made several requested changes to the government, as recent as October 13, 2024. Counsel continues to discuss the plea with his client and with the government to resolve this case.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 18, 2023 to November 13, 2023 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 16, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| Dated:  October 16, 2023 | /s/ DOUGLAS C. FOSTER<br>DOUGLAS C. FOSTER<br>Counsel for Defendant<br>EMMANUELLE PADILLA |

IT IS SO ORDERED.

Dated:   October 20, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3