DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
EMMANUELLE PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00002 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| EMMANUELLE PADILLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing for defendant's change of plea in the above-captioned matter now set for November 13, 2023, may be continued to January 22, 2024.

Mr. Padilla had certain questions concerning the government's first plea agreement. Those questions resulted in certain amendments being made to the plea agreement. Counsel met and conferred with Mr. Padilla regarding that agreement on October 18, 2023. At that time Mr. Padilla indicated that he would sign and return the form. In counsel's experience, mail from correctional facilities is often delayed. As of the date of this filing, counsel has not received the signed agreement.

Counsel has not been able to contact Mr. Padilla to determine whether there are other issues. Since October 30, 2023, counsel has been engaged in the trial of People v. Bettencourt

(Merced County Superior Court No. 21cr-05897B) a two-defendant homicide. As such, counsel has not been able to schedule an interview with Mr. Padilla to determine whether the agreement was mailed, whether he has additional questions, or whether he has had a change of heart about accepting the agreement. The defense asks that time remain excluded until January 22.

IT IS SO SIPULATED:

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATED: 11/8/2023                        /s/ Arin Heinz_____
                                            ARIN HEINZ
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

DATED: 11/8/2023                        /s/ Douglas Foster_____
                                            DOUGLAS C. FOSTER
                                            Law Offices of Douglas C. Foster
                                            Attorney for Defendant
                                            EMMANUELLE PADILLA

## ORDER

IT IS SO ORDERED that the change of plea hearing in the above-captioned case shall be continued to January 22, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   November 9, 2023                     _____
                                            UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

USA v. Hernandez-Fields – Stipulation and Order