1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:19-CR-00175-NODJ-BAM
                                                    1:23-CR-00002-NODJ-BAM
12                    Plaintiff,

13        v.                              STIPULATION AND ORDER

14 EMMANUELLE PADILLA,                    DATE: May 20, 2024
                                          TIME: 9:00 am
15                    Defendant.          COURT: Hon. William Q. Hayes

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by and through

18 defendant's counsel of record, hereby stipulate as follows:

19                              **STIPULATION**

20        By minute order, 1:19-CR-175 and 1:23-CR-2 (related cases) were scheduled for sentencing on

21 May 20, 2024. The parties request additional time for sentencing in this case. The parties are in the

22 process of seeking out additional evidence that is potentially relevant towards Mr. Padilla's sentence.

23 Therefore, the parties request that sentencing be continued to July 15, 2024.

24        IT IS SO STIPULATED.

25 ///

26 ///

27 ///

28 ///

                                    1

Dated:  May 13, 2024

PHILLIP A. TALBERT
United States Attorney


/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney


Dated:  May 13, 2024

/s/ DOUGLAS C. FOSTER
DOUGLAS C. FOSTER
Counsel for Defendant
EMMANUELLE PADILLA

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from May 20, 2024, to **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.


IT IS SO ORDERED.

Dated:   **May 13, 2024**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE